## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COLUMBIA PARK EAST MHP, LLC ]<br>AND KENNETH BURNHAM ]<br>]<br>*Plaintiffs* ]<br>]<br>V. ]<br>]<br>KEYBANK NATIONAL ASSOCIATION; ]<br>US BANK NATIONAL ASSOCIATION; ]<br>C-III ASSET MANAGEMENT; AND ]<br>TODD BRAGG ]<br>]<br>*Defendants* ] | CASE# 6:17-CV-06757 |

## NOTICE OF VOLUNTARY DISMISSAL

AND NOW comes Plaintiffs in the above captioned matter and under F.R.C.P. 41(a)(1)(A)(i) hereby gives notice to voluntarily dismiss the First Amended Complaint. The Defendants have neither filed an Answer nor a Motion for Summary Judgment.

Respectfully submitted,

/s/ H.E. Luke Lucas
H.E. Luke Lucas, Esquire
PA Bar # 61124
Lucas Law Group, PLLC
Richboro, PA 18954
919-237-1934
lukelucasis@gmail.com
*Attorneys for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I, Harold Lucas, certify that on March 4, 2018, the above Notice of Voluntary Dismissal was electronically filed utilizing the ECF system and that the ECF system will automatically generate and send a Notice of Electronic Filing to all users associated with this matter.

/s/ Luke Lucas

Harold Lucas, Esquire